App. Div.]          First Department, December, 1918.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN HOROWITZ, Relator, v. EXTRAORDINARY TERM OF THE SUPREME COURT and Others, Respondents.— Motion to issue writ granted. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THOMAS J. WARD, Appellant, v. JOHN G. BLAKENEY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to renew motion upon additional papers. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

FRANKIE A. OSTRANDER, Appellant, v. JOHN G. BLAKENEY, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to renew motion upon additional papers. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE COMMERCIAL TRUST COMPANY OF NEW YORK, Appellant, v. COLUMBIA TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

FLORA MACDONALD WHITE, Respondent, v. HENRY B. SLAYBACK, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

SOLOMON KASHMAN, Appellant, v. EDWARD STARKMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.; Smith, J., dissented.

PARSONS TRADING COMPANY, Respondent, v. SAMUEL D. HOFFMAN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

MARIE RAMEIZL, Respondent, v. STANIS RAMEIZL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

GEORGE G. TENNANT, as Trustee in Bankruptcy of JOHN D. DAILEY and Another, Bankrupts, Respondent, v. STANDARD SHIPBUILDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

RUDOLF E. F. FLINSCH, Respondent, v. VIELE, BLACKWELL & BUCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

ROYAL CARD AND PAPER CO., INC., Respondent, v. INTERNATIONS COMMERCIAL CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.